SO ORDERED: January 4, 2016.

_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:   JONATHAN ANDREW CERNERO        CASE NO. 14-04247-JJG-7
         HEATHER MARIE CERNERO
         Debtors

**ORDER GRANTING FINANCIAL CENTER FIRST CREDIT UNION
RELIEF FROM AUTOMATIC STAY AND
REQUEST TO ABANDON PERSONAL PROPERTY**

    This matter is before the Court of the Motion for Relief From Automatic Stay and Request to Abandon Personal Property and Notice of Objection Deadline With 30-Day Waiver filed by FINANCIAL CENTER FIRST CREDIT UNION, (the "Financial Center"), fka FINANCIAL CENTER FEDERAL CREDIT UNION. The Court having considered the Motion, and having further noted that no timely objections were filed thereto, now finds that the Motion should be granted as to the 2008 Suzuki XL7; VIN: 2S3DA917886107316 for the reasons stated therein.

    IT IS THEREFORE ORDERED that Financial Center is hereby granted relief from the Automatic Stay under §362 of the U.S. Bankruptcy Code to permit it to exercise its legal rights against certain property of the estate, specifically the 2008 Suzuki XL7; VIN: 2S3DA917886107316.

    IT IS FURTHER ORDERED that the 2008 Suzuki XL7; VIN: 2S3DA917886107316 , pursuant to §554 of the Bankruptcy Code, is no longer part of the Debtors' Bankruptcy Estate and the stay is lifted.

###